

1

2

3

4

5

6 # UNITED STATES DISTRICT COURT
7 # DISTRICT OF NEVADA

8 | UNITED STATES OF AMERICA,

9 |        Plaintiff,        | Case No. 2:17-cr-00307-RFB-PAL

10 |       vs.

11 | DENISHA MONIQUE DEBOSE,     | **Preliminary Order of Forfeiture**

12 |       Defendant.

13

14     This Court finds that defendant Denisha Monique Debose pled guilty to

15 Counts One and Seventeen of a Twenty-Count Criminal Indictment charging her in

16 Count One with Conspiracy to Commit Mail Fraud in violation of Title 18, United

17 States Code, Sections 1341 and 1349. Criminal Indictment, ECF No. 15; Change of

18 Plea, ECF No. 41; Plea Agreement, ECF No. 40.

19     This Court finds defendant Denisha Monique Debose agreed to the forfeiture

20 of the property set forth in the Plea Agreement and the Forfeiture Allegation of the

21 Criminal Indictment. Criminal Indictment, ECF No. 15; Change of Plea, ECF No.

22 41; Plea Agreement, ECF No. 40.

23

1    This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United

2    States of America has shown the requisite nexus between property set forth in the

3    Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the

4    offense to which defendant Denisha Monique Debose pled guilty.

5    The following property is (1) any property real or personal, which constitutes

6    or is derived from proceeds traceable to violations of Title 18, United States Code,

7    Section 1341, a specified unlawful activity as defined in Title 18, United States Code,

8    Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349,

9    conspiracy to commit such offense; (2) any property, real or personal, which

10    constitutes or is derived from proceeds traceable to violations of Title 18, United

11    States Code, Sections 1028A(a)(1) with 1028A(c)(4), or a conspiracy to commit such

12    offenses; and (3) any property, real or personal, which constitutes or is derived from

13    proceeds traceable to violations of Title 18, United States Code, Sections 1028A(a)(1)

14    with 1028(c)(5) and Title 18, United States Code, Section 1341, a specified unlawful

15    activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and

16    1961(1)(B), or Title 18, United States Code, Section 1349, and is subject to forfeiture

17    pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United

18    States Code, Section 2461(c):

19    1.    any and all fraudulent identification documents including, but not

20        limited to at least:

21        a.    names, dates of birth, and social security numbers of C.L., E.L.,

22            V.R., C.H., and others;

23        b.    social security cards issued to A.C., A.E., E.D., and others;

1            c.     driver's licenses issued to C.D., L.H., N.A., and others;

2     2.    any and all fraudulent access devices including, but not limited to at

3           least:

4            a.     debit card #6825 issued to K.M.;

5            b.     debit card #2526 issued to C.L.;

6            c.     debit card #4668 issued to E.L.;

7            d.     debit card #4651 issued to C.U.;

8            e.     debit card #4490 issued to V.R.;

9            f.     debit card #8328 issued to F.P.;

10           g.     debit card #1508 issued to C.H.;

11           h.     debit card #9312 issued to J.B.;

12           i.     debit card #0240 issued to N.J.;

13           j.     debit card #0998 issued to M.H.;

14           k.     debit card #0164 issued to K.H.; and

15           l.     debit card #1415 issued to R.B

16 (all of which constitutes property).

17      This Court finds that the United States of America may amend this order at

18 any time to add subsequently located property or substitute property to the forfeiture

19 order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

20      This Court finds the United States of America is now entitled to, and should,

21 reduce the aforementioned property to the possession of the United States of

22 America.

23

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

2    DECREED that the United States of America should seize the aforementioned

3    property.

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

5    rights, ownership rights, and all rights, titles, and interests of Denisha Monique

6    Debose in the aforementioned property are forfeited and are vested in the United

7    States of America and shall be safely held by the United States of America until

8    further order of the Court.

9        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United

10   States of America shall publish for at least thirty (30) consecutive days on the official

11   internet government forfeiture website, www.forfeiture.gov, notice of this Order,

12   which shall describe the forfeited property, state the time under the applicable

13   statute when a petition contesting the forfeiture must be filed, and state the name

14   and contact information for the government attorney to be served with the petition,

15   pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section

16   853(n)(2).

17       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any

18   individual or entity who claims an interest in the aforementioned property must file

19   a petition for a hearing to adjudicate the validity of the petitioner's alleged interest

20   in the property, which petition shall be signed by the petitioner under penalty of

21   perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28,

22   United States Code, Section 1746, and shall set forth the nature and extent of the

23

1    petitioner's right, title, or interest in the forfeited property and any additional facts

2    supporting the petitioner's petition and the relief sought.

3        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

4    must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las

5    Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if

6    direct notice was not sent, no later than sixty (60) days after the first day of the

7    publication on the official internet government forfeiture site, www.forfeiture.gov.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

9    petition, if any, shall be served upon the Asset Forfeiture Attorney of the United

10    States Attorney's Office at the following address at the time of filing:

11            Michael A. Humphreys
        Daniel D. Hollingsworth

12            Assistant United States Attorneys
        501 Las Vegas Boulevard South, Suite 1100

13            Las Vegas, Nevada 89101.

14        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

15    described herein need not be published in the event a Declaration of Forfeiture is

16    issued by the appropriate agency following publication of notice of seizure and intent

17    to administratively forfeit the above-described property.

18        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk

19    send copies of this Order to all counsel of record.

20        DATED this _13_ day of _September_, 2018.

21

22

                                      _____

23                                  HONORABLE RICHARD F. BOULWARE, II
                              UNITED STATES DISTRICT JUDGE