RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Denisha Monique Debose

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-307-RFB-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE** |
| v. | (First Request) |
| DENISHA MONIQUE DEBOSE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Denisha Monique Debose, that the Initial Appearance currently scheduled for October 26, 2018 at 2:30 p.m. be vacated and set to November 1, 2018 at the hour of 2:00 p.m.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be out of the jurisdiction during the currently scheduled Initial Appearance hearing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue the Initial Appearance filed herein.

DATED this 17th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENISHA MONIQUE DEBOSE,

    Defendant.

Case No. 2:17-cr-307-RFB-PAL

<u>ORDER</u>

IT IS THEREFORE ORDERED that the Initial Appearance hearing currently scheduled for Monday, October 26, 2018 at 2:30 p.m. be vacated and continued to **November 1, 2018** at the hour of **2:00 p.m.**, in LV Courtroom 7C.

DATED this <u>17th</u> day of October, 2018.

                                              RICHARD F. BOULWARE, II
                                              UNITED STATES DISTRICT JUDGE