

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA , | 2:17-CR-307-RFB-PAL |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DENISHA MONIQUE DEBOSE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Denisha Monique Debose to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Denisha Monique Debose pled guilty. Criminal Indictment, ECF No. 15; Plea Agreement, ECF No. 40; Change of Plea, ECF No. 41; Preliminary Order of Forfeiture, ECF No. 42.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 20, 2018, through October 19, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 49.

1   This Court finds no petition was filed herein by or on behalf of any person or entity
2   and the time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the property named herein
4   and the time for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6   all possessory rights, ownership rights, and all rights, titles, and interests in the property
7   hereinafter described are condemned, forfeited, and vested in the United States of America
8   pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
9   981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of
10  according to law:

11      1.  any and all fraudulent identification documents including, but not limited
12         to at least:
13          a.  names, dates of birth, and social security numbers of C.L., E.L.,
14            V.R., C.H., and others;
15          b.  social security cards issued to A.C., A.E., E.D., and others;
16          c.  driver's licenses issued to C.D., L.H., N.A., and others;
17      2.  any and all fraudulent access devices including, but not limited to at least:
18          a.  debit card #6825 issued to K.M.;
19          b.  debit card #2526 issued to C.L.;
20          c.  debit card #4668 issued to E.L.;
21          d.  debit card #4651 issued to C.U.;
22          e.  debit card #4490 issued to V.R.;
23          f.  debit card #8328 issued to F.P.;
24          g.  debit card #1508 issued to C.H.;
25          h.  debit card #9312 issued to J.B.;
26          i.  debit card #0240 issued to N.J.;
27          j.  debit card #0998 issued to M.H.;
28          k.  debit card #0164 issued to K.H.; and

1.  debit card #1415 issued to R.B.

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 18th day of _____Janney_____, 2019.

_____
UNITED STATES DISTRICT JUDGE